UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DENNIS VIDAL,

        Plaintiff,

        v.                                                 Case No. 21-cv-0069-bhl

STATE OF WISCONSIN, et al.,

        Defendants,

---

## ORDER

---

On January 14, 2021, plaintiff Dennis Vidal filed a complaint against the State of Wisconsin, Wisconsin Department of Children & Families, John Doe, and Jane Doe. (ECF No. 1.) On February 15, 2021, Wisconsin Department of Children & Families filed a motion to dismiss Vidal's complaint under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 3.) On March 15, 2021, after the plaintiff failed to respond to the motion to dismiss, the Court ordered the plaintiff to show cause in writing for his failure to timely respond to the motion. (ECF No. 5.) The Court allowed plaintiff until March 23, 2021 to respond and informed him that the court would dismiss his case if he failed to comply with the order. As of the date of this order, plaintiff has still not responded to the motion to dismiss and has failed to respond to the order to show cause. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's case is **DISMISSED** for failure to prosecute based on his failure to respond to defendant's motion to dismiss and his failure to respond to the Court's order to show cause. The clerk's office will enter judgment accordingly.

**IT IS FURTHER ORDER** that defendant's motion to dismiss, (ECF No. 3), is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on March 24, 2021.

                                                                          s/ Brett H. Ludwig
                                                                          BRETT H. LUDWIG
                                                                          United States District Judge